PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Cr.: 99-000111-01

Name of Offender: Juan Manuel Perez

Name of Sentencing Judicial Officer: Harold A. Ackerman

Date of Original Sentence: 04/18/01

Original Offense: Credit Card Fraud

Original Sentence: 60 months imprisonment

Type of Supervision: Supervised Release

Date Supervision Commenced: 02/03/05

Assistant U.S. Attorney: Maureen Hall

Defense Attorney: Kevin Carlucci

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'

On May 12, 2005, the offender was arrested by the United States Secret Service for wirefraud and credit card fraud. He was indicted on May 20, 2005, in the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

By: Leslie M. Vargas
U.S. Probation Officer
Date: 06/15/05

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: 9/22/05 at 11 A M
[ ] No Action
[ ] Other

Signature of Judicial Officer

Sept 7, 2005
Date